Opinion by Dowdell, J.

# Forbes v. Marion.

Appeal from Dallas Circuit Court.

Tried before the Hon. John Moore.

L. E. Jeffries and Daniel Partridge, Jr., for appellant.

Pettus & Pettus, for appellee.

Action of detinue prosecuted by Forbes against Marion. Defendant interposed six pleas. Plaintiff demurred to pleas numbered three, five and six. It is assigned as error that the court below erred in overruling these several demurrers. There is no other matter sought to be presented by the assignments of error. The action of the circuit court upon the demurrers is not shown by a *judgment* upon them. To the contrary all that does appear in this connection is the following purporting to be a minute entry: "Came the plaintiff and demurs to the defendant's pleas filed in this case, and the court having considered such demurrers, the same are overruled." In consonance with many decisions of this court, it is held that this is not a judgment upon the demurrers, and that assignments of error can not be based upon it.—*Jasper Mercantile Co. v. O'Rear,* 112 Ala. 247; *Crawford v. Crawford,* 119 Ala. 34; *McDonald v. Ala. Mid. Railway Co.,* 123 Ala. 227; *Cartlidge v. Sloan,* 124 Ala. 596.

The judgment for the defendant is affirmed.

Opinion by McClellan, C. J.